**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andrew B. Austin,<br><br>   Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>   Defendant. | Case No.: 23-cv-00869-ECT-JFD<br><br>**JOINT STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER** |

Plaintiff Andrew B. Austin and Defendant LexisNexis Risk Solutions Inc, by and through their respective undersigned counsel, jointly stipulate and request under Federal Rule of Civil Procedure 16.02 that the Court amend its July 10, 2023 Pretrial Scheduling Order by extending the deadline for motions which seek to amend the pleadings or add parties as provided below.

Good cause exists to modify the Scheduling Order. Plaintiff served discovery requests on Defendant on July 7, 2023. Defendant is collecting information to respond to those requests, and has sought an extension from Plaintiff to respond. Plaintiff is willing to grant such an extension, but wants to preserve the ability to file motions to amend based on Defendant's responses to discovery. Defendant is willing to stipulate to such an extension.

For the reasons stated above, and in the interest of judicial economy, the parties therefore respectfully ask the Court to:

4865-4344-4574

- Extend the deadline for the filing of all motions to seek to amend the pleadings or to add parties from September 1, 2023 to **October 1, 2023.**

                **CONSUMER JUSTICE CENTER, P.A.**

Dated: August 23, 2023      By: *s/ Thomas J. Lyons*
                                    Thomas J. Lyons, Jr., Esq.
                                    Attorney I.D. #: 249646
                                    Carter B. Lyons, Esq.
                                    Attorney I.D. #: 403655
                                    CONSUMER JUSTICE CENTER, P.A.
                                    367 Commerce Court
                                    Vadnais Heights, MN 55127
                                    Telephone: (651) 770-9707
                                    Facsimile: (651) 704-0907
                                    tommy@consumerjusticecenter.com
                                    carter@consumerjusticecenter.com

                                    **PETERSON LEGAL PLLC**

                                    Ryan D. Peterson, Esq.
                                    Attorney I.D. #: 0389607
                                    6600 France Avenue, Suite 602
                                    Edina, MN 55435
                                    Telephone: 612-367-6568
                                    ryan@peterson.legal

                                    *Counsel for Plaintiff*

                                    **NILAN JOHNSON LEWIS PA**

Dated: August 23, 2023      By: *s/ Joseph G. Schmitt*
                                      Joseph G. Schmitt (Reg. No. 0231447)
                                    250 Marquette Avenue South, Suite 800
                                    Minneapolis, MN 55401
                                    Tel.: 612.305.7500
                                    Fax: 612.305.7501
                                    Email: jschmitt@nilanjohnson.com

                                    *Counsel for Defendant*

4865-4344-4574