# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew B. Austin,<br><br>        Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>        Defendant. | Case No.: 23-cv-00869-ECT-JFD<br><br><br>**[PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER** |

Plaintiffs and Defendant LexisNexis Risk Solutions Inc., through their respective counsel, have stipulated that the following pretrial deadlines be extended. The Court hereby grants the stipulated extension of the following deadlines:

### IT IS HEREBY ORDERED

- Extend the deadline for the filing of all motions to seek to amend the pleadings or to add parties from September 1, 2023 to **October 1, 2023.**

Dated: _____, 2023

_____
The Honorable John F. Docherty
U.S. Magistrate District Court Judge