**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 23-cv-869 ECT/JFD**

| | |
|---|---|
| Andrew B. Austin,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>　　　　　　　　Defendant. | **PERMISSIBLE PURPOSE ORDER** |

After consideration of the Parties' Stipulation for a Permissible Purpose Order (Dkt. No. 29), the Court hereby ORDERS as follows:

1. Within ten days of entry of this order, LexisNexis Risk Solutions Inc. ("LexisNexis Risk") shall provide to Plaintiff's counsel (1) a spreadsheet reflecting the data in LexisNexis Risk's "header" files for both Plaintiff and third party Andrew Taylor Austin as of October 17, 2023, and (2) a current file disclosure (15 U.S.C. § 1681g) for third party Andrew Taylor Austin.

2. Counsel for Plaintiff shall maintain such file disclosure as confidential.  If Plaintiff cites information from the spreadsheet or the file disclosure in documents filed with the Court, Plaintiff's counsel shall either redact any personally identifiable information regarding third party Andrew Taylor Austin (if the paper can

1

be readily understood despite redaction), or shall seek to file an unredacted paper under seal.

IT IS SO ORDERED.

Dated:  January 30, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge