# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew B. Austin,<br><br>  Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>  Defendant. | Case No.: 23-cv-00869-JMB-JFD<br><br>**ORDER** |

Plaintiff Andrew B. Austin and Defendant LexisNexis Risk Solutions Inc., through their respective counsel, have stipulated that they may be permitted to take three depositions after May 15, 2024 (Dkt. No. 41). For the reasons set forth in the stipulation, which the Court after review finds to constitute good cause, the Court hereby allows the taking of those depositions.

**IT IS HEREBY ORDERED** that the parties may take up to three depositions after May 15, 2024, as long as those depositions are completed by July 1, 2024.

Dated: May 6, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge