UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Austin,<br>Plaintiff,<br><br>vs.<br><br>LexisNexis Risk Solutions Inc.,<br>Defendant. | Case: 0:23-cv-00869-ECT-JFD<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff and Defendant LexisNexis Risk Solutions Inc. have reached a settlement regarding Plaintiff's claim as pled in the Complaint and intend to file a stipulation of dismissal once all necessary documents have been executed.

Dated: June 4, 2024

Respectfully Submitted,

PETERSON LEGAL, PLLC

s/ Ryan D. Peterson
Ryan D. Peterson
(#0389607)6600 France Ave S, Suite 602
Edina, MN 55435
(612) 367-6568
ryan@peterson.legal

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
Carter B. Lyons, Esq.
Attorney I.D. #: 403655
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com
ATTORNEY FOR PLAINTIFF

1