UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew B. Austin,<br><br>　　　Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>　　　Defendant. | Case No.: 23-cv-00869-JMB-JFD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Andrew B. Austin ("Plaintiff"), by counsel, and by Defendant LexisNexis Risk Solutions Inc ("Defendant") by counsel, hereby stipulate and agree that all matters herein between Plaintiff and Defendant have been compromised and settled and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

ATTORNEYS FOR PLAINTIFF

By: *s/Thomas J Lyons Jr.*

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 0249646
Carter B. Lyons, Esq.
Attorney I.D. #:  0403655
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

ATTORNEYS FOR DEFENDANT

By: *s/ James F. McCabe*

Joseph G. Schmitt (MN Reg. No. 231447)
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Phone: 612-305-7500
Fax: 612-305-7501
jschmitt@nilanjohnson.com

James F. McCabe Esq.
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105

2

Ryan D. Peterson, Esq.
Attorney I.D. #:  0389607
PETERSON LEGAL PLLC
6600 France Avenue, Suite 602
Edina, MN  55435
Telephone: 612-367-6568
ryan@peterson.legal

Dated:  July 16, 2024

Phone: 415-243-1000
Jim.mccabe@alston.com

Dated:  July 16, 2024

2