## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew B. Austin,<br><br>  Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>  Defendant. | Case No.: 23-cv-00869-JMB-JFD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Andrew B. Austin ("Plaintiff"), by counsel, and Defendant LexisNexis Risk Solutions Inc. ("Defendant"), by counsel, having filed their Stipulation Of Dismissal With Prejudice between Plaintiff and Defendant, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims by Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: _____

_____
JUDGE, United States District Court,
District of Minnesota